# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

144413

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 144413
COA: 305960
Oakland CC: 98-158327-FC

TIMMY ORLANDO COLLIER,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 8, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_Corbin R. Davis_
Clerk

t0618